# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-61325-Civ-Williams/Valle

JOEL D. LUCOFF,

    Plaintiff,

v.

CITIBANK, N. A.,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The Mediation conference in this matter shall be held before John S. Freud of Mediation Solutions, Inc., at 2:00 P. M. January 17, 2019 at Suite 2700, 150 West Flagler Street, Miami, Florida 33130.

DONE AND ORDERED in the Southern District of Florida this _____ day of _____, 2018.

                                                    _____
                                                    KATHLEEN M. WILLIAMS
                                                    United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Alisa M. Taormina, Esq., Counsel for Defendant