UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-61325-Civ-Ruiz/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

CITIBANK, N. A.

    Defendant.
_____/

## MEDIATION REPORT

Mediation was held June 18, 2019 and the case settled in full.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Alisa M. Taormina, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Stroock & Stroock & Lavan LLP |
| Fort Lauderdale, Florida  33339 | Suite 3100 |
| Telephone: 954-537-2000 | 200 South Biscayne Boulevard |
| Facsimile: 954-566-2235 | Miami, FL 33131 |
| | Telephone: 305-358-9900 |
| | Facsimile: 305-789-9302 |

By:  /s/ Donald A. Yarbrough    By:  /s/ Alisa M. Taormina
Donald A. Yarbrough, Esq.    Alisa M. Taormina, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-61325-Civ-Ruiz/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

CITIBANK, N. A.

    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 20, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Ms. Alisa M. Taormina, Esq.
Stroock & Stroock & Lavan LLP
Suite 3100
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-358-9900
Facsimile: 305-789-9302
Electronic Mail Address: ataormina@stroock.com

Via Notices of Electronic Filing generated by CM/ECF