UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-61325-Civ-Ruiz/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

CITIBANK, N. A.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Alisa M. Taormina, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Stroock & Stroock & Lavan LLP |
| Fort Lauderdale, Florida 33339 | Suite 3100 |
| Telephone: 954-537-2000 | 200 South Biscayne Boulevard |
| Facsimile: 954-566-2235 | Miami, FL 33131 |
| | Telephone: 305-358-9900 |
| | Facsimile: 305-789-9302 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Alisa M. Taormina |
| Donald A. Yarbrough, Esq. | Alisa M. Taormina, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-61325-Civ-Ruiz/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

CITIBANK, N. A.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Alisa M. Taormina, Esq.
Stroock & Stroock & Lavan LLP
Suite 3100
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-358-9900
Facsimile: 305-789-9302
Electronic Mail Address: ataormina@stroock.com

Via Notices of Electronic Filing generated by CM/ECF